**Electronically Filed
Supreme Court
SCWC-18-0000628
14-APR-2021
01:21 PM
Dkt. 4 ODAC**

SCWC-18-0000628

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

STATE OF HAWAIʻI,
Respondent/Plaintiff-Appellee,

vs.

NIGEL MATTHEW HILL,
Petitioner/Defendant-Appellant.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-18-0000628; CASE NO. 1DTA-17-00098)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins, JJ.)

Petitioner/Defendant-Appellant Nigel Matthew Hill's

Application for Writ of Certiorari filed on March 19, 2021, is

hereby rejected.

DATED:  Honolulu, Hawaiʻi, April 14, 2021.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson



/s/ Todd W. Eddins